# EXHIBIT 1

U.S. Department of Justice
Drug Enforcement Administration

## REPORT OF INVESTIGATION

Page 1 of 6

| 1. Program Code  TDS-CC | 2. Cross File | Related Files | 3. File No. [redacted] | 4. G-DEP Identifier [redacted] |
|---|---|---|---|---|
| 5. By: Todd F Prough, SA  At: New England FDO | ☐ ☐ ☐ ☐ | | 6. File Title [redacted] | |
| 7. ☐ Closed  ☐ Requested Action Completed  ☐ Action Requested By: | ☐ | | 8. Date Prepared  04-04-2016 | |

9. Other Officers: Lts. Thomas Romeo, Brian Pupa, Dets. John Bossi, Chris Dindo, Thomas Hatch, Scott Tilton, PO Mark Tsoukalas, and K-9 Yak

10. Report Re: Consent search at 110 Lowell RD, #211, North Reading, MA and related storage unit and the acquisition of Exhibits 1-4 & N-1 thru N-5 on 3/29/16

### SYNOPSIS

1. On 3/29/16, a consent search was conducted at the residence and storage unit of Alysha MORAN in North Reading, MA and numerous exhibits were seized.

### DETAILS

1. During the past several months, Wilmington Police Detective John Bossi, in conjunction with the Middlesex County Sheriff's Department, had been investigating Bryan MORAN for distributing heroin and fentanyl.

2. On or about 3/22/16, MORAN's sister, Alysha MORAN, called Det. Bossi and expressed concern because Bryan was using drugs and was "on the run." She further stated that she believed MORAN was staying at his friend Mike's house in Melrose, MA. She also stated that she was scared because a person who she believed was MORAN's drug source of supply (SOS) called her looking for MORAN. During that call, the SOS said that MORAN owed him a large amount of money for drugs and that MORAN had previously told him to call Alysha if MORAN was unreachable. The SOS also told Alysha that he would kidnap and rape her if he was not paid. Alysha asked Det. Bossi if she should pay the SOS with the approximately $3,000 of MORAN's money that MORAN had given to her. Det. Bossi told her not to do so. After that call, Det. Bossi informed North Reading Police Det. Hatch of the above information because Alysha currently resided in North Reading.

| 11. Distribution:  Division  District  Other | 12. Signature (Agent)  Todd F Prough, SA | 13. Date  04-19-2016 |
|---|---|---|
| | 14. Approved (Name and Title)  Ernest J Donovan, GS | 15. Date  4-20-16 |

DEA Form  - 6
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | | |
| | 3. File Title | |
| 4. Page 2 of 6 | | |
| 5. Program Code TDS-CC | 6. Date Prepared 04-04-2016 | |

3. Later that day, MORAN was arrested in Melrose on a probation violation warrant and was incarcerated at the Middlesex County House of Corrections in Billerica, MA on or about the following day. Subsequently, Alysha obtained MORAN's personal property, that included a key, from the Melrose Police Department.

4. On 3/29/16, investigators from the MCHOC contacted Det. Bossi and informed him that MORAN had been intercepted on a recorded call speaking with Alysha and his girlfriend, Tina TOMASI, and apparently directed them to remove something from Alysha's storage unit because maintenance was to be done there. Det. Hatch later confirmed with Alysha's property manager that Alysha had been sent a letter to remove items from her storage unit due to impending maintenance. Det. Hatch also confirmed with property management that Alysha rented storage unit S48 in building 108 in her apartment complex.

5. On 3/29/16, based on that information, Det. Dindo established surveillance on building 108. Later that day, at approximately 1:00 p.m., Lts. Romeo and Pupa and Det. Bossi went to Alysha's apartment and knocked, but no one answered. Det. Bossi then called Alysha and asked to speak with her at her apartment. Alysha agreed and returned to meet investigators in the parking lot of her building. Alysha invited investigators into her apartment because she didn't want others to overhear their conversation. Det. Bossi explained to Alysha that MORAN was the target of a drug investigation, that investigators had monitored his prison calls, and that investigators believed that MORAN may have stored drugs and/or money in Alysha's apartment and/or storage unit. Alysha spontaneously stated that she was unaware of that and told investigators that they could search. Det. Bossi asked if there were any drugs or money in the house. Alysha retrieved from the pocket of a bathrobe hung on the bedroom door an amount of U.S. Currency, later determined to be $2,200 (Exhibit N-4), and handed it to Det. Bossi. Alysha told Det. Bossi that that was all of MORAN's money that she had. Det. Bossi also asked if Alysha had a safe. Alysha said that she did and asked investigators if they wanted to check it. Det. Bossi asked if they could. Alysha agreed and stated that she did have marijuana in the safe, which she opened. Inside the safe, Det. Bossi observed a bag of suspected marijuana (Exhibit 4) and several pipes. Det. Bossi inquired if

DEA Form - 6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | [redacted] | [redacted] |
| | 3. File Title [redacted] . | |
| 4. Page 3 of 6 | | |
| 5. Program Code  TDS-CC | 6. Date Prepared  04-04-2016 | |

Alysha had a storage unit. Alysha stated that she did, that investigators could search it, but further stated that not all of the items in it were hers and that some of them belonged to MORAN.

6. At that time, Det. Hatch arrived at the apartment complex and observed Lt. Pupa speaking with TOMASI. Det. Hatch then went to Alysha's apartment where he was introduced to Alysha. Also present in the apartment was Carli HOLLAND, the mother of MORAN's child. Det. Hatch presented Alysha with a consent to search form for her apartment, storage unit, and vehicle. Det. Hatch read the form to Alysha, which she then signed. Alysha then escorted investigators to her vehicle, a Toyota Camry, MA reg. 12HJ71, which she opened, and then obtained a ring of keys, which she said contained the storage unit key, from the center console. Investigators then searched the car and found only MORAN's black backpack in the trunk.

7. Alysha then escorted investigators to storage unit #S48 in building 108. Det. Hatch opened the unit door with the key provided by Alysha. Upon opening the door, investigators observed numerous black trash bags in front of and on top of several plastic containers. Alysha told investigators that the black trash bags belonged to MORAN and that the plastic containers, which contained holiday decorations, belonged to her. Alysha then had to leave to get her child off the school bus.

8. Investigators removed the black trash bags and placed them in the hallway in front of the storage unit. PO Tsoukalas with his drug detection canine Yak walked past the bags and storage unit with Yak failing to indicate the presence of drugs. However, PO Tsoukalas verified that Yak was not trained to detect fentanyl.

9. Lt. Pupa and Dets. Dindo and Tilton then searched the bags. Inside the first bag, which contained male clothing, Lt. Pupa found a plastic bag containing a white powder (Exhibit 1). Also inside that bag was a box of sandwich bags and several other plastic bags (Exhibits N-1), a digital scale (Exhibit N-2), several cell phones, along with several documents in MORAN's name. Det. Hatch found a pill bottle with MORAN's name on the label in a different bag. In a jacket that came from another bag, Det. Dindo found in a pocket three bottles of a yellowish liquid with ONYX

DEA Form - 6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION (Continuation) | 1. File No. ▮ | 2. G-DEP Identifier ▮ |
|---|---|---|
| | 3. File Title ▮ | |
| 4. Page 4 of 6 | | |
| 5. Program Code  TDS-CC | 6. Date Prepared  04-04-2016 | |

Pharmaceuticals label and one white bottle with metabol label (Exhibit 3). The search was photographed by Det. Hatch (Exhibit N-5).

10. After the search, Det. Bossi returned to Alysha's apartment where Alysha and HOLLAND were waiting. Det. Bossi informed Alysha and HOLLAND that investigators found a large amount of an unknown white powder along with suspected steroids in the storage unit. Investigators then left.

11. Later that day, Alysha turned over to Det. Bossi MORAN's Samsung cell phone in a black case (Exhibit N-3).

12. Also later that day, Exhibit 1 did test positive for the presence of fentanyl with a TruNarc analyzer.

## CUSTODY OF EVIDENCE

1. Exhibit 1 is described as a white powder contained inside a plastic bag, further contained in a plastic pouch, further contained in a NRPD evidence bag with label. Said exhibit was obtained on 3/29/16 and maintained by the NRPD until being turned over on 4/4/16 to TFO Callahan, who secured it in SSEE#EM000200396, as witnessed by TFO Daley, and sent it to NERL the same date.

2. Exhibit 2 is described as one amber prescription bottle with the name Bryan Moran Clonidine .25mg tablets qty 60. Further contained in a NRPD evidence bag with label. Said exhibit was obtained on 3/29/16 and maintained by the NRPD until being turned over on 4/4/16 to TFO Callahan, who secured it in SSEE#ES000501223, as witnessed by TFO Daley, and sent it to the NERL the same date.

3. Exhibit 3 is described as three bottle of yellowish liquid with ONYX Pharmaceuticals and one white bottle with metabol label further contained in a NRPD evidence bag with label. Said exhibit was obtained on 3/29/16 and maintained by the NRPD until being turned over on 4/4/16 to TFO Callahan, who secured it in SSEE#ES000186248, as witnessed by TFO Daley, and sent it to the NERL the same date.

DEA Form - 6a  
(Jul. 1996)

DEA SENSITIVE  
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.  
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION <br> *(Continuation)* | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| | 3. File Title | |
| 4. Page 5 of 6 | | |
| 5. Program Code <br> TDS-CC | 6. Date Prepared <br> 04-04-2016 | |

4.   Exhibit 4 is described as heat sealed bag containing a vegetable matter, further contained in a NRPD evidence bag with label. Said exhibit was obtained on 3/29/16 and maintained by the NRPD until being turned over on 4/4/16 to TFO Callahan, who secured it in SSEE#EM000102900, as witnessed by TFO Daley, and sent it to the NERL the same date.

5.   Exhibits N-1, N-2, and N-3, as described above, were obtained on 3/29/16 and maintained by the NRPD until being turned over on 4/4/16 to TFO Callahan, who maintained them until turning them over to the NDEC.

6.   Exhibit N-4 is described as $2,200 U.S. Currency. Said exhibit was obtained on 3/29/16 by Det. Bossi, who turned it over to Det. Hatch. Because at the time it was unknown in what court MORAN may be prosecuted, the currency was handled as NRPD evidence, counted pursuant to their policy, and determined to be $2,200. On 4/7/16, after it was determined that MORAN would be prosecuted in federal court, the currency was turned over to S/A Prough and TFO Daley, who secured it in SSEE #S000179074, and immediately took it to Dunbar, where it was counted by Joshua Brown, verified to be $2,200, and then deposited into the USMS account pending forfeiture proceedings. The original SSEE that contained Exhibit N-4 was placed into another SSEE as Exhibit N-4a and turned over to the NDEC.

7.   Exhibit N-5 is described as a CD of photographs of the consent search on 3/29/16. Said exhibit was obtained and maintained by the NRPD until being turned over on 4/4/16 to TFO Callahan, who maintained said exhibit until turning it over to the NDEC.

**INDEXING**

1. Alysha MORAN- ▓▓▓▓▓▓▓▓▓▓, address: 110 Lowell RD, #211, North Reading, MA, tel# 978-857-3095, remarks: owner of unit where fentanyl seized 3/29/16, North Reading, MA
2. Bryan MORAN- ▓▓▓▓▓▓▓▓▓▓, remarks: fentanyl seized from luggage 3/29/16, North Reading, MA

DEA Form    - 6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION *(Continuation)* | 1. File No. ▓▓▓ | 2. G-DEP Identifier ▓▓▓ |
|---|---|---|
| | 3. File Title ▓▓▓ | |
| 4. Page 6 of 6 | | |
| 5. Program Code TDS-CC | 6. Date Prepared 04-04-2016 | |

3. Carli HOLLAND- ▓▓▓  remarks: present during search 3/29/16, North Reading, MA
4. Tina TOMASI- ▓▓▓, remarks: present during search 3/29/16, North Reading, MA

DEA Form - 6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.