# EXHIBIT 3




# North Reading Police Department

150 Park St. North Reading, Massachusetts 01864
Telephone 978-664-3131   Fax 978-664-3170

Michael P. Murphy
Chief of Police

## Consent For Search

I have been informed by the North Reading Police Department that I have a
Constitutional right to refuse to allow a search to be made, without a search warrant, of
the premises/vehicle described as:

*Bldg 110 #211, Storage Unit 108 #48, Toyota Camry 12LJ71*

I understand this right and I hereby waive the necessity of a search warrant and do
authorize the North Reading Police to conduct a search of the premises/vehicle and to
take possession of any items found which are relevant to the police investigation.

I am signing this for voluntarily, without threats or promises of any kind.

Signed: _Alysha McCrea_   Date: _3/29/16_

Witnessed: _Det. Thomas Hale_   Date: _3/29/16_