Exhibit 5

U.S. Department of Justice
Drug Enforcement Administration

## REPORT OF INVESTIGATION

Page 1 of 2

| 1. Program Code TDS-CC | 2. Cross File | Related Files | 3. File No. | 4. G-DEP Identifier |
|---|---|---|---|---|
| 5. By: Todd F Prough, SA  At: New England FDO | ☐ ☐ ☐ ☐ ☐ | | 6. File Title | |
| 7. ☐ Closed ☐ Requested Action Completed  ☐ Action Requested By: | | | 8. Date Prepared 04-05-2016 | |
| 9. Other Officers: Lt. Thomas Romeo and Det. John Bossi | | | | |
| 10. Report Re: Interview of Alysha MORAN on 3/29/16 and the acquisition of Exhibit N-6 | | | | |

### DETAILS

1. Reference is made to a DEA 6 regarding the consent search at 110 Lowell RD, #211, North Reading, MA and related storage unit and the acquisition of Exhibits 1-4 & N-1 thru N-5 on 3/29/16.

2. Later that day, Alysha MORAN agreed to come to the North Reading Police Department to be interviewed. Alysha was advised that she was not under arrest and did not have to speak with investigators. Alysha stated the following, among other things.

3. The previous week MORAN had asked to store his belongings, which consisted of several black plastic garbage bags, at her residence. Alysha agreed but because the bags took up too much space inside her apartment she instructed him to place the bags in her storage unit, which MORAN did. The following day she learned that MORAN had been arrested in Melrose. When she went to the Melrose Police Department to retrieve MORAN's personal property, she observed that the key to her storage unit was among his possessions. When she gave officers consent to search her residence and storage unit, she provided them with that key. She further stated that she had not been in the storage unit for several months. Alysha also told investigators that she was aware that MORAN was involved in the distribution of heroin in the past, but had assumed he had recently stopped.

| 11. Distribution:  Division  District  Other | 12. Signature (Agent)  Todd F Prough, SA | 13. Date 04-11-2016 |
|---|---|---|
| | 14. Approved (Name and Title)  Ernest J Donovan, GS | 15. Date 4-15-2016 |

DEA Form -6
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

USAO_000043

**U.S. Department of Justice**
Drug Enforcement Administration

### REPORT OF INVESTIGATION
*(Continuation)*

| | |
|---|---|
| 1. File No. ▮▮▮ | 2. G-DEP Identifier ▮▮▮ |
| 3. File Title ▮▮▮ | |

4. Page 2 of 2

5. Program Code
TDS-CC

6. Date Prepared
04-05-2016

4. Alysha stated that she was recently contacted by MORAN's source of supply (SOS) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. The SOS demanded money that MORAN owed him and said that he knew where Alysha lived.

4. The above interview was recorded by Lt. Romeo (Exhibit N-6).

**CUSTODY OF EVIDENCE**

1. Exhibit N-6 is described as a CD of a recorded interview with Alysha MORAN on 3/29/16. Said exhibit was obtained and maintained by the NRPD until being turned over on 4/6/16 to TFO Callahan, who maintained it until being turned over to the NDEC.

**INDEXING**

Alysha MORAN- ▮▮▮▮▮▮▮▮▮▮▮, no further information

DEA Form -6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

USAO_000044