UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 1:16-10184-IT |
| BRYAN MORAN, | |
| Defendant. | |

## ORDER

February 14, 2020

TALWANI, D.J.

Before the court is Defendant Bryan Moran's <u>Motion for Re-Appointment of CJA Counsel and Motion for a Detention Hearing</u> [#220].

The court is prepared to grant Defendant's motion to reappoint CJA counsel, to order that the Defendant be returned to this district, and to set a detention hearing.

However, as a mandate has not yet been issued pursuant to Fed. R. App. P. 41, the court currently lacks authority to grant Defendant's motion.

Defendant shall notify the Circuit Clerk, pursuant to Fed. R. App. P. 12.1(a), that the court is prepared to grant Defendant's motion upon receipt of the First Circuit's mandate.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge