UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 16-10184-IT(s) |
| ) | |
| BRYAN MORAN ) | |

## DISMISSAL OF INDICTMENTS

Pursuant to Fed. R. Crim. P. 48(a), the United States Attorney for the District of Massachusetts hereby dismisses the Indictment, charging Bryan Moran with possession with intent to distribute fentanyl, in violation of 21 U.S.C. § 841(a)(1), and Superseding Indictment, charging him with possession with intent to distribute 40 grams or more of fentanyl, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(vi), in this matter. In support of this dismissal, the government states that on March 19, 2020, the Court entered an order allowing the defendant's motion to suppress, and the government is no longer able to proceed with prosecution of the case.

Respectfully submitted,

3/23/20
Date

ANDREW E. LELLING
United States Attorney

KATHERINE FERGUSON
Assistant U.S. Attorney

Leave to File Granted:

HON. INDIRA TALWANI
United States District Judge